```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 1:18-00042

CARLOS DIAZ-BERNARD

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the trial and related dates in this matter. (ECF No. 21). In support of defendant's motion, counsel for the defendant states that defendant's primary written and spoken language is Spanish. Defendant is considering entering into a plea agreement with the United States but, because of the language barrier, additional time is needed to allow the proposed plea agreement to be translated into Spanish and also to make sure that defendant has a clear understanding of the questions he will be asked during the plea hearing. Defendant requests a continuance of thirty days.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and GRANTS defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant the continuance would deny counsel for the defendant the reasonable time necessary to effectively prepare for trial and/or resolving this matter without a trial, taking into account the exercise of due diligence. Given the seriousness of entering into a plea

agreement and waiving the right to trial, it is imperative that defendant be given sufficient time to consult with his attorney and fully consider the implications of entering a plea of guilty.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until July 25, 2018, at 9:30 a.m., in Bluefield. Proposed jury instructions and voir dire are to filed no later than July 18, 2018;
2. All pretrial motions are to be filed by July 5, 2018;
3. A pretrial motions hearing is scheduled for July 12, 2018, at 1:30 p.m., in Bluefield;
4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this court.

**IT IS SO ORDERED** this 24th day of May, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge